CAROL PHILLIPS, PLAINTIFF-RESPONDENT, v. GEORGE VACCARO, JR., DEFENDANT-PETITIONER.

*Mr. John E. Hughes* for the petitioner.

*Messrs. Friend & Friend* for the respondent.

April 29, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. FREDDIE GRADY, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mrs. Susan F. Sinins* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

April 29, 1969. Denied.

JOHN J. GIAQUINTO, PLAINTIFF-RESPONDENT, v. HOUSING AUTHORITY, CITY OF PATERSON, DEFENDANT-PETITIONER.

*Messrs. Vaccaro & Osborne* for the petitioner.

*Mr. Raymond P. Vivino* for the respondent.

April 29, 1969. Denied.